**Merchants&ProfessionalCreditBureau,Inc.**
5508 PARKCREST DRIVE, STE. 210
AUSTIN, TEXAS 78731

MAILING ADDRESS
P.O. BOX 140675
AUSTIN, TEXAS 78714-0675

**CREDIT BUREAU**

PACE MICHELLE
LYNNWOOD WA 98087

ACCOUNT REPRESENTATIVE
CLAIMS DEPARTMENT
PHONE 512-346-4305
TOLL FREE 1-800-550-7902

DATE 03-21-16
ACCOUNT # 9055

YOU OWE: CAPITAL PEDIATRIC GROUP           AMOUNT DUE: $ 206.00

    MPB received notification through the EOscar system from one or more of the credit reporting repositories that you are questioning the referenced account(s). We have responded back through that web portal confirming that the account(s) are valid and they are debts owed by you.
    We are writing today to inform you that our client(s) have given us permission to delete the account(s) from your credit file if and when the account(s) are paid in full.
    If you cannot pay the entire balance in one lump sum we can work with you on a payment plan within your budget. The account(s) would be deleted from the credit file after the final payment is made.
    Deletion of a collection account could potentially improve your credit score. Call today if you would like more information on clearing the account(s) from your credit file. Payment can be made through the mail, over the phone or on our website at www.mpbcredit.com/pay.

MPB does not add fees for any type of payment you wish to make.

Our office hours are 7:45 AM to 4:30 PM (CST) Monday through Friday.
Pay online at www.mpbcredit.com/pay

FEDERAL LAW REQUIRES US TO NOTIFY YOU THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO OTHER CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.
AFFILIATED WITH OVER 4000 CREDIT BUREAU AND BONDED COLLECTION OFFICES
Member
CONSUMER DATA INDUSTRY ASSOC.
ACA INTERNATIONAL




Exhibit A