**Merchants&ProfessionalCreditBureau,Inc.**

5508 PARKCREST DRIVE, STE. 210
AUSTIN, TEXAS 78731

MAILING ADDRESS:
P.O. BOX 140675
AUSTIN, TEXAS 78714-0675

**CREDIT BUREAU**

PACE, MICHELLE
LYNNWOOD WA 98087

ACCOUNT REPRESENTATIVE
CLAIMS DEPARTMENT
PHONE 512-346-4305
TOLL FREE 1-800-550-7902
FAX 512-343-4864
DATE 05-04-16
ACCOUNT #      9055

YOU OWE: CAPITAL PEDIATRIC GROUP                AMOUNT DUE: $ 206.00

__X__  A copy of the verification regarding the above account is enclosed.
        **The balance is due in full. Please remit payment to our office.**

__X__  The creditor explained the nature of the account as follows:

We have verified with our client that this balance is valid and owed. MPB does not purchase debts. Our client has assigned the above referenced account to us for the purpose of collecting on the outstanding balance due them. **We deny the account is reported inaccurately.**

Our offices are in receipt of your letter of dispute and request for verification pursuant to 15 U.S.C. § 1692g of the Fair Debt Collection Practices Act. Regarding your demand for verification including original signed contracts, copies of state licenses, our agreement with the original creditor listed on this account, etc., there is no basis in law to substantiate your right to such information. In fact, court cases and the Federal Trade Commission have found there is no duty to comply with such excessive verification demands.

However, in an effort to provide verification, we have enclosed proper validation documentation provided by our client. Should you have any questions regarding this account or if you wish to discuss payment arrangements, please feel free to contact us.

***We accept major credit cards and checks by phone, with no fees added.***

Our office hours are 7:45 AM to 4:30 PM (CST) Monday through Friday.

FEDERAL LAW REQUIRES US TO NOTIFY YOU THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO OTHER CREDIT
BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER
DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.
AFFILIATED WITH OVER 4000 CREDIT BUREAU AND BONDED COLLECTION OFFICES
Member
CONSUMER DATA INDUSTRY ASSOC.
ACA INTERNATIONAL




Exhibit B