UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE PACE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCHANTS & PROFESSIONAL CREDIT BUREAU, INC. AND JOHN DOES 1-25,<br><br>Defendants. | CASE NO. C17-411 RSM<br><br>PLAINTIFF'S MOTION AND ORDER FOR EXTENSION OF TIME RE: ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT---CLASS ACTION |

## **MOTION**

Plaintiff MICHELLE PACE ("Plaintiff") requests that the Court extend the time for initial disclosure and submission of the Joint Status Report and Discovery Plan to the following:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | **June 29, 2017** |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | **July 6, 2017** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | **July 13, 2017** |

PLAINTIFF'S MOTION AND ORDER FOR
EXTENSION OF TIME ---CLASS ACTION – 1

## STATEMENT OF FACTS

Plaintiff's undersigned attorney was contacted by an attorney representing Defendant MERCHANTS & PROFESSIONAL CREDIT BUREAU, INC., with a request to delay filing for a default judgment in order that the parties may attempt settlement before proceeding with litigation. However, settlement discussions have ended up being fruitless, with little chance of resulting in closure, despite a good faith attempt on behalf of the Plaintiff.

Plaintiff's counsel had advised the defendant's representative of the Court's order (Dkt.# 5), but no collaboration took place and no attorney has filed an answer or notice of appearance as of the filing of Plaintiff's Status Report (Dkt.# 6) on June 7, 2017. On June 14, 2017, Plaintiff requested a date by which the Defendant would be answering, but was not provided one. On June 21, 2017, Plaintiff advised Defendant that Plaintiff will no longer delay prosecuting this case for the purpose of settlement discussions beginning at Noon on Friday, June 23, 2017.

## ORDER

Based on the above motion, It Is Ordered that the deadlines of the ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (Dkt.# 5) be extended to the dates requested in the above motion.

Dated this 21st day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PLAINTIFF'S MOTION AND ORDER FOR
EXTENSION OF TIME ---CLASS ACTION – 2

CONCORD LAW, P.C.
144 Railroad Ave., Ste. 236
Edmonds, WA 98020
(206) 512-8029

Dated: June 21, 2017.

Respectfully submitted,

*s/ Ryan Pesicka*
Ryan Pesicka, WA 48182
Concord Law, P.C.
Waterfront Park Building
144 Railroad Ave., Ste. 236
Edmonds, WA 98020
(206) 512-8029
ryan@concordlawseattle.com
*Attorney for Plaintiff*

PLAINTIFF'S MOTION AND ORDER FOR
EXTENSION OF TIME ---CLASS ACTION – 3

CONCORD LAW, P.C.
144 Railroad Ave., Ste. 236
Edmonds, WA 98020
(206) 512-8029